# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD C. EVANS,** | : | **CIVIL ACTION NO. 3:15-CV-0190** |
| **Plaintiff** | : | **(Judge Munley)** |
| v. | : | |
| **JOHN E. WENTZEL, VINCENT MOONEY, COAL TOWNSHIP MEDICAL STAFF, NICHOLE BOGESLAW,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, to wit, this 30th day of March 2016, upon consideration of defendants' motions (Docs. 17, 20) to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and plaintiff's motion (Doc. 25) for an enlargement of time, and in accordance with the mandatory screening obligation imposed on this Court by 28 U.S.C. § 1915A(a), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1).

2. Defendants' motions (Doc. 17, 20) to dismiss the complaint, and plaintiff's motion (Doc. 25) for an enlargement of time, are DENIED as moot.

3. The Clerk of Court is directed to CLOSE this case.

4.      Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                **BY THE COURT:**

                <u>**s/James M. Munley**</u>
                **JUDGE JAMES M. MUNLEY**
                **United States District Court**